UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARZUQ AL-HAKIM,

    Plaintiff,

v.                                            CASE NO: 8:04-cv-2693-T-23MSS

SOCIAL SECURITY ADMINISTRATION,
et al.,

    Defendants.
_____/

## ORDER

The court referred the plaintiff's petition (Doc. 1) for a writ of mandamus and "affidavit of indegency" (Doc. 2) to the magistrate judge for a report and recommendation. The magistrate judge issued a report and recommendation (Doc. 12) to which the plaintiff responds with a "motion for rehearing 'petitioner's affidavit'" (Doc. 13). To the extent that the "motion for rehearing 'petitioner's affidavit'" contains objections to the report and recommendation, those objections are **OVERRULED** and the report and recommendation (Doc. 12) is **ADOPTED**. The plaintiff's "affidavit of indegency" (Doc. 2), construed as a motion to proceed in forma pauperis, is **DENIED WITHOUT PREJUDICE** and the plaintiff's petition (Doc. 1) for a writ of mandamus is

**DENIED WITHOUT PREJUDICE**.[1]  The Clerk is directed to (1) terminate any pending motions and (2) close the file.

ORDERED in Tampa, Florida, on June 24, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge
      Courtroom Deputy

---

[1] The plaintiff must include his social security income in his affidavit if he re-files and seeks to proceed in forma pauperis.