UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARZUQ AL-HAKIM,

    Plaintiff,

v.                                              CASE NO: 8:04-cv-2693-T-23MSS

SOCIAL SECURITY ADMINISTRATION,
et al.,

    Defendants.
_____/

## ORDER

The June, 2005 order (Doc. 14) is **VACATED**.[1] The court referred the plaintiff's petition (Doc. 1) for a writ of mandamus and "affidavit of indegency" (Doc. 2) to the magistrate judge for a report and recommendation. The magistrate judge issued a report and recommendation (Doc. 12), to which the plaintiff objects (Doc. 15). The objections (Doc. 15) are **OVERRULED** and the report and recommendation (Doc. 12) is **ADOPTED**. Accordingly, the plaintiff's "affidavit of indegency" (Doc. 2), construed as a motion to proceed in forma pauperis, is **DENIED WITHOUT PREJUDICE** and the

---

[1] A June, 2005 order (Doc. 14) interpreted the plaintiff's "motion for rehearing 'petitioner's affidavit'" (Doc. 13) as an objection to the report and recommendation (Doc. 12). However, the plaintiff files a timely objection (Doc. 15) to the report and recommendation. Consequently, the court vacates the order (Doc. 14) and considers the motion (Doc. 13) for rehearing separately from the objection (Doc. 15) to the report and recommendation.

plaintiff's petition (Doc. 1) for a writ of mandamus is **DENIED WITHOUT PREJUDICE**.[2]

Additionally, the plaintiff files a motion (Doc. 13) for rehearing. The motion (Doc. 13) is **DENIED**. The Clerk shall close the case.

ORDERED in Tampa, Florida, on July 13, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Judge
     Courtroom Deputy

---

[2] The plaintiff must include social security income in his affidavit if he re-files and seeks to proceed in forma pauperis.